# High School Equivalency Diploma

## Commonwealth of Kentucky



This is to certify that

## QUINCY AUSTIN PEMBERTON

has completed the requirements in accordance with the standards approved by the Kentucky Education and Labor Cabinet and is therefore entitled to this High School Equivalency Diploma and all the rights and privileges thereto. In testimony whereof and by authority in me vested, I have affixed my signature this, the 8th day of November 2023, at Frankfort, Kentucky.

Secretary Jamie Link
Kentucky Education and Labor Cabinet


TEAM KENTUCKY.
EDUCATION AND LABOR CABINET




KYAE
KENTUCKY ADULT EDUCATION